# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JASON THOMPSON,** | ) | Civil Action No. 7:16cv00196 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **U.S. BUREAU OF PRISONS,** *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Thompson's complaint is **CONSTRUED** as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the § 2241 petition is **DISMISSED**, and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 31st day of October, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE